UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WALGREEN CO., et al.,

   Plaintiffs

v.

CARMEN FELICIANO DE MELECIO, et al.,

   Defendants

CIVIL NO. 00-1227(HL)

**ORDER**

Before the Court is plaintiffs' Motion for Attorneys' Fees and Expenses, and Costs (Docket No. 163) requesting reimbursement of the amount of $951,236.50 incurred in the litigation of this case. As prevailing party, pursuant to the Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988, plaintiffs' counsel shall submit a verified fee application itemizing the hours expended in this litigation and counsel's hourly rate in order to allow the Court to evaluate and determine the award of attorneys' fees in this case, and any other documentation which would substantiate plaintiffs' request for reimbursement of other litigation expenses and costs. See, e.g., Gay Officers Action League v. Puerto Rico, 247 F.3d 288 (1st Cir. 2001) (discussing trial court's evaluation of attorney's fees pursuant to Section 1988); Grendel's Den, Inc. V. Larkin, 742 F.2d 945, 951 (1st Cir. 1984) (identifying and discussing the following critical points in determination of attorney's fees: contemporaneous time records, reasonableness of hours claimed, justifiability of hourly rates, reasonableness of claimed expenses, and proper apportionment of fees). Accordingly, plaintiffs' counsel shall, no later than April 20, 2006, submit a verified fee application accompanied by any and all other supporting documentation in compliance with this Order and the applicable law.

**Date**:  April 3, 2006

                s/ Héctor M. Laffitte
                HECTOR M. LAFFITTE
                U.S. DISTRICT JUDGE